UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN J. LEWIS, a single man,<br><br>              Plaintiff,<br><br>     v.<br><br>TRAVELERS INSURANCE COMPANY, a foreign corporation, and THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, a foreign corporation,<br><br>              Defendants. | NO. CV-08-3052-EFS<br><br>**ORDER GRANTING STIPULATED REMAND** |

   BEFORE THE COURT is the Parties' Stipulation Regarding Damages and Remand to Superior Court. (Ct. Rec. 2.) The parties stipulate Plaintiff's damage claims will not exceed $75,000. Accordingly, because the amount in controversy does not meet or exceed $75,000, 28 U.S.C. § 1332(a)'s jurisdictional minimum has not been met. Therefore, the Court does not have jurisdiction over this non-federal question controversy.

   For this reason, **IT IS HEREBY ORDERED:** this matter is **REMANDED** to Yakima Superior Court (Cause No. 08-2-02630-1).

   **IT IS SO ORDERED.** The District Court Executive is directed to
   (A) Enter this Order;

ORDER ~ 1

(B)  Provide copies to counsel;

(C)  **REMAND THIS MATTER**, and provide a certified copy of this Order to, Yakima Superior Court of the State of Washington, Cause No. 08-2-02630-1; and

(D)  **CLOSE THIS FILE**.

**DATED** this   1st   day of October 2008.

                      S/ Edward F. Shea
                      EDWARD F. SHEA
               United States District Judge

Q:\Civil\2008\3052.stip.remand.wpd

ORDER ~ 2